IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHERY LESLIE,<br><br>Defendant. | ) | Case No. 25-10127-JWB |

**UNITED STATES' MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas and Aaron L. Smith, Assistant United States Attorney, and moves the Court to enter a Preliminary Forfeiture Order forfeiting the personal property identified in the Plea Agreement. In support of its motion, the United States shows the Court as follows:

1. On June 15, 2026, the defendant Zachery Leslie entered his guilty plea to Count 1 of the Indictment, which charged a violation of 18 U.S.C. § 2252A(a)(2). The defendant agreed to forfeit the personal property that is identified in the Plea Agreement. (Doc. 26).

2. The property subject to forfeiture as a result of the Plea Agreement includes:

   A. Motorola Moto G Play 2024 cellular telephone.

3. Based upon the statements set forth in the Plea Agreement, the United States has established the requisite nexus between the property identified above and the offense to which the defendant has pled guilty. Accordingly, the property listed in paragraph one is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2253(a).

4. Upon the entry of the Preliminary Order of Forfeiture, the United States will proceed to give notice to any third parties who may have an interest in the property and dispose

of the property according to law.

Wherefore, for the reasons stated above, the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture.

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6561
Fax: (316) 269-6484
Aaron.smith3@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney