IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ZACHERY LESLIE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-10127-JWB |

**MOTION TO CLOSE FORFEITURE PROCEEDINGS**

COMES NOW the United States by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas and Aaron L. Smith, Assistant United States Attorney, and respectfully moves the Court to close the forfeiture proceedings in the above-captioned matter. In support of its motion, the United States represents to the Court that the Motorola Moto G Play 2024 cellular telephone identified in the Preliminary Order of Forfeiture filed herein on July 16, 2026 (Doc. 28), has been administratively forfeited by the U.S. Department of Homeland Security. Accordingly, no further judicial action is needed in this case.

Wherefore, for the foregoing reasons, the United States respectfully requests that the forfeiture proceedings be closed.

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6561
Fax: (316) 269-6484
Aaron.smith3@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on October 1, 2026, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney